UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-CV-24992-WILLIAMS

HUDSON SPECIALTY INSURANCE COMPANY,

    Plaintiff,

vs.

EL DIAMANTE GRILL, CORP., *et al.*

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation ("Report") (DE 43) on Plaintiff's Motion for Summary Judgment (DE 31).  In the Report, Judge McAliley recommends that Plaintiff's Motion for Summary Judgment be **GRANTED** pursuant to Local Rule 7.1(c) because Defendants did not file a response.  To date, Defendants did not file objections to the Report and the time to do so has now passed.  Accordingly, based upon an independent review of the Report, the Objections, and the full record in this case, the Court **ORDERS AND ADJUDGES** that:

    1.    Judge McAliley's Report (DE 43) is **ADOPTED AND AFFIRMED.**

    2.    Plaintiff's Motion for Summary Judgment (DE 31) is **GRANTED**.

    3.    The Clerk of Court is **DIRECTED** to enter final judgment in favor of Plaintiff.

    4.    This case is **CLOSED**.  All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in chambers in Miami, Florida this 5th day of November, 2021.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE